# Lonstein Law Office, P.C.

190 South Main Street, P.O. Box 351
Attorneys and Counselors at Law
Ellenville, NY 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
Email: Julie@Signallaw.com

*Wayne D. Lonstein
Julie Cohen Lonstein                                          **Alexander Z. Lonstein

*also admitted in NJ, PA &MA
** also admitted in NJ, AK &DC

June 20, 2023

HON. ANDREW E. KRAUSE
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: Joint Settlement Status Letter - Zuffa, LLC v. Johnson, et al.
    Case: 7:22-cv-10099-NSR-AEK

Dear Judge Krause.

The undersigned represents the Plaintiff, Zuffa, LLC d/b/a The Ultimate Fighting Championship and submits this settlement letter jointly with the consent of opposing counsel, Todd Wengrovsky, Esq. for the Defendants.

The parties have made good faith attempts to reach a settlement of the claim since the conference held last month on 5/23/23 before Your Honor but have been unable to reach a mutually agreeable settlement.

At this juncture, the parties are unable to bridge the gap and counsel are jointly requesting a telephonic or zoom settlement conference with the Court.


Respectfully submitted,
LONSTEIN LAW OFFICE, P.C.

By: Julie Cohen Lonstein
cc; Todd Wengrovsky, Esq.